**BROWER PIVEN**
A PROFESSIONAL CORPORATION

CHARLES J. PIVEN
piven@browerpiven.com

1925 OLD VALLEY ROAD
STEVENSON, MARYLAND 21153

Telephone (410) 332-0030
Facsimile (410) 685-1300

November 13, 2012

**Via ECF**

The Honorable Marvin J. Garbis
United States District Judge
Garmatz United States Courthouse
101 West Lombard Street
Chambers 5-C
Baltimore, Maryland 21201

    Re:   *In Re: Municipal Mortgage & Equity, LLC, Securities and Derivative Litigation*,
            MJG-08-1961-MDL (D. Md.)

Dear Judge Garbis:

    We are Co-Lead Counsel for the class action Plaintiffs in the above-referenced action. Pursuant to this Court's order dated November 7, 2012, Dkt. No. 141, the Court requested by today any comments and suggestions for change of the draft orders sent by the Court on November 7, 2012 and confirmation that Plaintiffs in the class action confirm agreement to the rescission of the leave to amend the class action complaint. Plaintiffs in the class action have no comments or suggestions for change of the draft orders and confirm that they agree to the rescission of the leave to amend.

Respectfully submitted,

BROWER PIVEN, A Professional Corporation

By: */s/ Charles J. Piven*
      Charles Piven

Berger & Montague, P.C.

By: */s/Barbara A. Podell*
      Barbara A. Podell

*Plaintiffs' Co-Lead Counsel*

cc:    All counsel of record via ECF